**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> Prime Core Technologies Inc., <br><br> Debtor. <br><br> Tax I.D. No. 86-1755317 | Chapter 11 <br><br> Case No. 23-11161 (JKS) |
| In re: <br><br> Prime Trust, LLC, <br><br>                             Debtor. <br><br> Tax I.D. No. 81-2236823 | Chapter 11 <br><br> Case No. 23-11162 (JKS) |
| In re: <br><br> Prime IRA LLC, <br><br>                             Debtor. <br><br> Tax I.D. No. 84-3138436 | Chapter 11 <br><br> Case No. 23-11164 (JKS) |
| In re: <br><br> Prime Digital, LLC, <br><br>                             Debtor. <br><br> Tax I.D. No. 84-2264528 | Chapter 11 <br><br> Case No. 23-23-11168 (JKS) <br><br> **Re: Docket No. 3** |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order (this "Order") (a) directing joint administration of these cases for procedural purposes only, and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court having found that venue of these Chapter 11 Cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and that this Court may enter a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 23-11161 (JKS).

3. The caption of the jointly administered cases shall read as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528). Prime Trust, LLC's service address is 330 South Rampart Blvd., Suite 260, Las Vegas, NV 89145.

4. The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

5. The Clerk of the Court shall make a docket entry in each Debtor's Chapter 11 Case (except that of Prime Core Technologies Inc.) substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of: : Prime Core Technologies Inc., Case No. 23-11161 (5317); Prime Trust, LLC, Case No. 23-11162 (6823); Prime IRA LLC, Case No. 23-11164 (8436); and Prime Digital, LLC, Case No. 23-11168 (4528). **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 23-11161 (JKS).**
>
> The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for these Chapter 11 Cases.

6. Nothing in the Motion or this Order shall be deemed to, or construed as, directing otherwise effecting a substantive consolidation of these Chapter 11 Cases and this Order shall be

without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

7. The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: August 25th, 2023**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**